# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ARQUELIA VEGA,

                            Plaintiff,

              -against-                              18 **CIVIL** 6221 (ER)

## JUDGMENT

DEPARTMENT OF EDUCATION, and
ESTER QUINONES,

                            Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, Defendants' motion to dismiss is granted; Furthermore, because Vega has not made a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue; the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Court's Order would not be taken in good faith; therefore, in forma pauperis status is denied for purposes of an appeal; accordingly, the case is closed.

**Dated:** New York, New York
       March 30, 2020

                                      **RUBY J. KRAJICK**
                             _____
                                    **Clerk of Court**

              **BY:**     _____
                                    **Deputy Clerk**